**Thomas N. MERIWEATHER, Petitioner–Appellant,**

v.

**Manfred MAASS, Superintendent of Oregon State Penitentiary, Respondent–Appellee.**

No. 01–35375.

D.C. No. CV–96–00570–TC.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002.*

Decided April 16, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

MEMORANDUM**

Thomas Meriweather, an Oregon state prisoner, appeals the district court's denial of his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, we review a district court's denial of a petition for writ of habeas corpus de novo, *Bonin v. Calderon,* 59 F.3d 815, 823–24 (9th Cir.1995), and we affirm.

Meriweather contends that the Supreme Court's ruling in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is a new rule of constitutional law applicable to his sentence retroactively pursuant to *Teague v. Lane,* 489 U.S. 288, 310–11, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989). Meriweather's contention is foreclosed by this court's recent decision in *United States v. Sanchez–Cervantes,* 282 F.3d 664, 667 (9th Cir.2002) (concluding that *Apprendi* does not apply retroactively to cases on collateral review).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Accordingly, appellant's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.